UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONDEE CHARLES SINGLETARY,<br><br>            Petitioner,<br><br>      v.<br><br>MIKE MARTEL, WARDEN,<br><br>            Respondent. | CASE NO. ED CV 18-157-DMG (PJW)<br><br>ORDER DISMISSING SECOND OR SUCCESSIVE HABEAS CORPUS PETITION AND DENYING CERTIFICATE OF APPEALABILITY |

Before the Court is Petitioner's second attempt to challenge his 1995 state conviction and resultant sentence. His first petition was denied on the merits in July 2004. (*Singletary v. Blanks*, ED CV 02-1338-RT (PJW), August 12, 2004 Order.) Thereafter, the Ninth Circuit Court of Appeals denied Petitioner's application for a certificate of appealability. (*Singletary v. Banks*, CCA No. 04-56766, December 13, 2004 Order.) On January 5, 2018, he filed the instant Petition in the district court for the Eastern District of California, which transferred the case to the Central District.

Absent authorization from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his 1982 conviction and sentence. *See* 28 U.S.C. § 2244; *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider

the merits of a second or successive petition absent prior authoriza-tion from the circuit court).  For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action.  See 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: March 16, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

O:\ECF Ready\ED18CV00157DMG(PJW)_Singletary_ord.wpd