UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONDEE CHARLES SINGLETARY,<br><br>        Petitioner,<br><br>        v.<br><br>MIKE MARTEL, WARDEN,<br><br>        Respondent. | CASE NO. ED CV 18-157-DMG (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: March 16, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

O:\ECF Ready\ED18CV00157DMG(PJW)_Singletary_judgment.wpd